AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
для the
Northern District of Mississippi

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| PAUL KEVIN CURTIS | ) | Case No. 3:13MJ019-SAA |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __April 8, 2013 until April 17, 2013__ in the county of __Lee__ in the __Northern__ District of __Mississippi__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 876(c) | See attached Offense Description. |
| 18 U.S.C. 871 | |

This criminal complaint is based on these facts:

See attached Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Brandon M. Grant, SA, FBI
*Printed name and title*

VICTOR B. DICKERSON

Sworn to before me and signed in my presence.

Date: 04/18/2013

_____
*Judge's signature*

City and state: Oxford, Mississippi

U. S. District Judge
*Printed name and title*