AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

Northern District of Mississippi

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 3:13MJ019-SAA |
| PAUL KEVIN CURTIS | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     PAUL KEVIN CURTIS                                                                ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☒ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

From on or about April 8, 2013 and continuing until on or about April 17, 2013, in the Northern District of Mississippi and elsewhere, PAUL KEVIN CURTIS did knowingly and willfully deposit for conveyance in the mail and for a delivery from any post office any letter, paper, writing or document containing any threat to take the life of or to inflict bodily harm upon the President of the United States, in violation of Title 18, United States Code, Section 871; and
From on or about April 8, 2013 and continuing until on or about April 17, 2013 in the Northern District of Mississippi and elsewhere, PAUL KEVIN CURTIS, did knowingly deposit and cause to be delivered by the Postal Service according to the directions thereon, communications addressed to any other person, and containing....a threat to injure the person of the addressees or another     in violation of Title 18, United States Code, Section 876(c)

Date: 04/17/2013

City and state: Oxford, MS

*Issuing officer's signature*

S. ALLAN ALEXANDER
U.S. MAGISTRATE JUDGE
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*