## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI

**UNITED STATES OF AMERICA**                                                        **PLAINTIFF**

V.                                                                  NO.     **3:13MJ019-SAA**

**PAUL KEVIN CURTIS**

                                                                                    **DEFENDANT**

### TEMPORARY DETENTION ORDER

Having conducted an initial appearance in this cause, and being advised that the government is seeking a detention order in this cause, the Court finds that the defendants shall be remanded to the custody of the United States Marshal's Service  for temporary detention pending a preliminary and detention hearing before United States Magistrate S. Allan Alexander on April 19, 2013 at 3:00 p.m. in Oxford, MS.

SO ORDERED, this the 18th day of April, 2013.

/s/ S. Allan Alexander

_____

UNITED STATES MAGISTRATE JUDGE