IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

VS.                                                          NO. 3:03MJ019

PAUL KEVIN CURTIS

RESPONSE TO MOTION TO CONTINUE

COMES NOW, Paul Kevin Curtis, by and through counsel and files his Response to the

Motion to Continue filed by the United States Government, stating as follows:

1.     The United States Government, approximately ninety (90) minutes prior to the

preliminary hearing/detention hearing, seeks to continue this matter so that they

(the Government) can be better prepared.  Defendant Curtis objects.

2.     On April 17, 2013, in the late afternoon, in Corinth, Mississippi, Paul Kevin

Curtis was going about his business, stopping to pick up his mail on the way out

of his subdivision.  He was en route to the home of his former wife, where he

intended to cook dinner for his family.  In the car he had groceries and his young

son's pet dog, Moo Cow.

3.     As Mr. Curtis approached his mailbox a number of vehicles swarmed around him,

men with heavy duty weaponry, dressed in SWAT gear began yelling at him to

stop, surrender, etc.  Mr. Curtis complied.  He was handcuffed and shackled and

after some time standing in the road, he was driven to the FBI building in Oxford,

Mississippi.  Once there he was handcuffed and chained to a chair and

interrogated for a period of several hours.  Mr. Curtis complied and cooperated to

the best of his ability.  He answered all questions.  He did suggest he might need

the presence of a lawyer, but such suggestion was discouraged by a certain federal

agent. Mr. Curtis told the agents he welcomed a polygraph examination.

4.     Sometime after midnight Mr. Curtis was booked in the Lafayette County

Detention Center. He appeared before this Honorable Court prior to the noon

hour on April 18, 2013.

5.     Initially the preliminary hearing was set for Monday, April 22nd. Counsel

undersigned requested that it be reset for Friday, April 19th. This was **not for the

convenience of counsel but for the benefit of the defendant to protect the

rights bestowed upon him by the United States Constitution.**

6.     The United States Government now claims more time is needed to prepare for this

short hearing. Defendant Curtis and counsel take exception to such a statement,

given the extensive resources of the United States Government as well as the very

low burden of proof required at the hearing.

7.     Counsel is further concerned about the motion, given the fact that she spent over

an hour this very morning with one Assistant United States Attorney as he

attempted to convince the Chief Judge of this district to continue the hearing

based on a wholly different reason.

8.     It is clear that the Government is stalling for time in this case. This case is

certainly important to national security, but it is no more important than the

doctrine of constitutional fairness and the notion of liberty as we know it.

9.     The United States Government felt the evidence compelled them to literally

invade Mr. Curtis's subdivision, shackle him and force him to accompany them

on a trip of more than 75 miles, chain him to a chair and interrogate him for hours,

and then ask this Honorable Court to detain him without bond.

10.     The Government then suggested that Mr. Curtis should be forced to submit to a competency examination within the confines of the Bureau of Prisons, presumably while they continued their investigation.  When that wasn't effective in delaying the hearing, they now turn to this Honorable Court in an effort to achieve their goal of postponing the hearing Mr. Curtis so desperately seeks.

11.     Furthermore, during conversations with the Government as recent as this morning, Counsel undersigned never had any indication that the Government wasn't ready to proceed. Counsel has prepared for the hearing, has witnesses who have taken off work and traveled extended distances in order to be present for this hearing.  It would cause great prejudice to the Defendant should this hearing be continued.  It is simply unconscionable for the United States Government to deny a person his liberty until they can assemble enough evidence against him.  Counsel undersigned noticed that the United States Attorney and at least four assistant United States Attorneys were present at the initial appearance which lasted less than five minutes.  If the Government was unprepared to move forward against Mr. Curtis, it boggles the mind that such resources would be expended in that way.

12.     Paul Kevin Curtis beseeches this Honorable Court to require the government to present any evidence they have this afternoon at the hearing at 3:00 p.m.  It is abundantly clear that the Government is stalling and there is no justification for such tactics.  The burden of proof is low but the magnitude of denying a person's liberty without cause is great.

WHEREFORE PREMISES CONSIDERED, Defendant Paul Kevin Curtis prays this

Honorable Court will deny the Motion by the Government and allow the hearing to proceed at

3:00 p.m.

Respectfully submitted,
/s/Christi R. McCoy
Christi R. McCoy, MSB#99869

McCoy Law Firm
1739 University Avenue
Oxford, Mississippi 38655
Telephone: 662-513-6366
email: mccoylaw@avsia.com

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served upon

the listed party via electronic filing this the  day of . Said system delivered the

document to the following parties:

**William Chadwick Lamar**
chad.lamar@usdoj.gov,usamsn.ecf@usdoj.gov,linda.king@usdoj.gov

**Christi Rena McCoy**
mccoylaw@avsia.com

/s/Christi R. McCoy
Christi R. McCoy