# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI

## CRIMINAL MINUTES

**CASE NO: 3:13MJ019-SAA  LOCATION HELD: OXFORD**

**UNITED STATES OF AMERICA V. PAUL KEVIN CURTIS**

**DATE & TIME BEGUN: 04/19/13 @ 3:00 P.M.**

**DATE & TIME ENDED: 04/19/13 @ 6:15 P.M.**

**TOTAL TIME:    3 HR 15 MIN**

**PRESENT:**
**HONORABLE S. ALLAN ALEXANDER,  MAGISTRATE JUDGE**

| | |
|---|---|
| Willie Sue Miller | Digital Recording |
| Deputy Clerk | Court Reporter |

**ATTORNEY(S) FOR GOVERNMENT:**       **ATTORNEY(S) FOR DEFENDANT(S)):**
  Chad Lamar                              Christi McCoy
  John Alexander                          Hal Neilson
  Clay Joyner

**PROCEEDINGS:   Preliminary and Detention Hearing**

**ENTRY TO BE MADE ON DOCKET:**
Hearing began.  Court recessed at 6:15 p.m.  Case to continue at 10:00 a.m. Monday 4/22/13.

**DAVID CREWS, CLERK**

/s/ Willie Sue Miller
Willie Sue Miller, Courtroom Deputy