# United States District Court

*Northern District of Mississippi*

Criminal Trial Exhibit List

UNITED STATES OF AMERICA

V.

PAUL KEVIN CURTIS

CAUSE NUMBER 3:13MJ019-SAA

| **Presiding Judge** S. Allan Alexander | **Government Attorney** Chad Lamar, Clay Joyner John Alexander, Bill Martin | **Defendant's Attorney** Christi McCoy, Hal Neilson |
|---|---|---|
| **Trial Date(s)** 4/19/13 - 4/22/13 | **Court Reporter** digital | **Courtroom Deputy** Willie Sue Miller |

| GOV NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 1a | | 4/19/13 | X | X | Photo of envelop to Senator Wicker |
| 1b | | 4/19/13 | X | X | Photo of letter to Senator Wicker |
| 2a | | 4/19/13 | X | X | Photo of envelop to president |
| 2b | | 4/19/13 | X | X | Photo of letter to president |
| 3a | | 4/19/13 | X | X | Photo of envelop to Ms Holland |
| 3b | | 4/19/13 | X | X | Photo of letter to Ms Holland |
| 4 | | 4/19/13 | X | X | Letter from Comcast |
| 5 | | 4/19/13 | X | X | Facebook dates of access |
| 6 | | 4/22/13 | X | X | Letter from Social Security Administration |
| 7 | | 4/22/13 | X | X | Email correspondence to St. Luke church |
| 8 | | 4/22/13 | X | X | Mental papers filed in Prentiss Co. MS |
| 9 | | 4/22/13 | X | X | Reports from Booneville, MS police reports |
| 10 | | 4/22/13 | X | X | email correspondence |
| 11 | | 4/22/13 | X | X | petition for legislation |
| 12 | | 4/22/13 | X | X | news report |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of    1    Pages