## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI

**UNITED STATES OF AMERICA,**                                          **PLAINTIFF**

**v.**                           **CRIMINAL NO. 3:13MJ19-SAA**

**PAUL KEVIN CURTIS,**                           **DEFENDANT**

### ORDER

The detention hearing and preliminary hearing on the criminal complaint in this action are hereby continued until further order of the court.

**SO ORDERED**, This the 23rd day of April, 2013.

                                               /s/ S. Allan Alexander
                                               UNITED STATES MAGISTRATE JUDGE