UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

v.  CRIMINAL NO.:  3:13MJ019-SAA

PAUL KEVIN CURTIS

ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of court endorsed hereon, the United States Attorney for the Northern District of Mississippi hereby dismisses, without prejudice, the Complaint against PAUL KEVIN CURTIS, defendant in Magistrate Number 3:13MJ019, as the ongoing investigation has revealed new information.

FELICIA C. ADAMS
United States Attorney
MS BAR No. 1049

By:  */s/ WILLIAM C. LAMAR*
WILLIAM C. LAMAR
Assistant United States Attorney
MS Bar No. 8479

Date: _____

Leave of court is granted for the filing of the foregoing dismissal.

_____
S. ALLAN ALEXANDER
UNITED STATES MAGISTRATE JUDGE